NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**JOSEPH M. CARIK, JAMES BEADNELL, JOY BEADNELL, GEORGE DEMKO, ADAM DIBLE, CAROL E. EMERSON, MICHAEL GNIDOVEC, MICHAEL A. MASULA, THOMAS JAMES OLSZEWSKI, THOMAS STANZIANO, LAURA WINCHESTER, JOHN DOE, 1-8, JANE DOE, 1-5,** AND **JENNIFER LACOGNATA,**
*Plaintiffs-Appellants,*

**v.**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES, KATHLEEN SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, UNITED STATES FOOD AND DRUG ADMINISTRATION, MARGARET A. HAMBURG, M.D., COMMISSIONER OF FOOD AND DRUGS, FOOD AND DRUG ADMINISTRATION, UNITED STATES NATIONAL INSTITUTES OF HEALTH,** AND **DR. FRANCIS S. COLLINS, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR, NATIONAL INSTITUTES OF HEALTH,**
*Defendants-Appellees,*

AND

**MOUNT SINAI SCHOOL OF MEDICINE,**
*Defendant.*

———————————

2014-1270

————————————

Appeal from the United States District Court for the District of Columbia in No. 1:12-cv-00272-BAH, Judge Beryl A. Howell.

————————————

**ON MOTION**

————————————

**O R D E R**

The parties jointly move to dismiss this appeal. Mount Sinai School of Medicine notifies the court that it will not be participating in the appeal and requests that its designation as an appellee be stricken from the official caption because the claims against it were voluntarily dismissed in the district court.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion to dismiss this appeal is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

(3)  Pursuant to Mount Sinai's notice, the revised official caption is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: May 6, 2014